IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

JOHN WYSONG,
        Plaintiff,

v.

CITY OF HEATH, et al.,
        Defendants.

Case No. 2:03-CV-269
JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Norah McCann King

## ORDER

On February 15, 2008, the mandate from the Sixth Circuit Court of Appeals issued in this case, reversing the previous decision of the district court. In light of the decision, the Clerk is **DIRECTED** to close this case and remove any pending motions as moot.

IT IS SO ORDERED.

\_2-26-2008\_
DATE

_____
EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE